IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAYLA D'ALESSANDRO : CIVIL ACTION
:
v. :
:
CAVANAUGH'S RIVER DECK and :
STEVE J. WILSON : NO. 12-2277

**O R D E R**

AND NOW, this 29th day of May, 2013, upon consideration of defendant Cavanaugh's River Deck's motion for summary judgment and plaintiff's response thereto, and for the reasons stated in the accompanying memorandum, it is **ORDERED** that:

1. The motion for summary judgment of defendant, Cavanaugh's River Deck (paper no. 38), is **DENIED**.

2. This action is placed in **ADMINISTRATIVE SUSPENSE** until the resolution of any criminal charges pending against defendant Wilson relating to the alleged assault underlying this action. Counsel for Wilson shall inform the court whether those charges have been resolved no later than **September 30, 2013**.

3. The parties having consented to a trial before Magistrate Judge M. Faith Angell, this action will be referred to Magistrate Judge Angell for a jury trial after any criminal proceedings have concluded.

/s/ Norma L. Shapiro

J.