```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KAYLA D'ALESSANDRO            :       CIVIL ACTION
                              :
     v.                       :
                              :
CAVANAUGH'S RIVER DECK, et al.:       NO.  12-2277
```

### O R D E R

**AND NOW, TO WIT:** this 19th day of February, 2014, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel.

                              BY THE COURT:


                               S/M. FAITH ANGELL
                              M.FAITH ANGELL
                              UNITED STATES MAGISTRATE JUDGE

Civ 12 (1/96)
41.1(b)

By E-mail:
John R. Trottman, Jr., Esq.        jtrotman@stslawfirm.com
Louis T. Silverman, Esq.           lsilverman@stslawfirm.com
Christopher D. Hillsley, Esq.      chillsley@billetlaw.com
David S. Dessen, Esq.              ddessen@dms-lawyer.com